# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

VOIT TECHNOLOGIES, LLC,

    PLAINTIFF,                        CASE NO. 8:17-cv-01001-VMC-TBM

V.

MAC OF ALL TRADES, LLC,

    DEFENDANT.

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, VOIT TECHNOLOGIES, LLC and MAC OF ALL TRADES, LLC by and through their undersigned counsel hereby notify the Court that they have resolved this matter and are in the process of finalizing this resolution. The Parties anticipate filing a Notice of Dismissal of this case shortly.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Anne Willis Chapman* | */s/ David Tamaroff* |
| Anne Willis Chapman | David F. Tamaroff, Esq. |
| Florida Bar No. 828491 | Florida Bar No. 92084 |
| achapman@blalockwalters.com | dt@lipscombpartners.com |
| eservice@blalockwalters.com | Lipscomb & Partners, PLLC |
| Blalock Walters, P.A. | 25 SE 2nd Avenue, 8th Floor |
| 802 11th Street West | Miami, Florida 33131 |
| Bradenton, FL 34205 | Tel: (786) 431-2228 |
| Telephone: 941.748.0100 | Fax: (786) 431-2229 |
| Facsimile: 941.745.2093 | *Attorneys for Plaintiff VOIT Technologies, LLC* |
| *Attorneys for Defendant Mac of All Trades, LLC.* | |

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on July 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By:    */s/ David Tamaroff*
                                                                 David F. Tamaroff, Esq.